PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Retha Renee McCoy       Cr.: 16-00265-001
                                                                         PACTS #: 2440923

Name of Sentencing Judicial Officer:    THE HONORABLE JOSE L. LINARES
                                                            CHIEF UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 10/27/2016

Original Offense: 26:7206A; Subscribing to a false tax return

Original Sentence: 24 months probation

Special Conditions: Special Assessment $100, Restitution $61,411, Cooperate with IRS, Location Monitoring Program, Mental Health Treatment, No New Debt/Credit, Self-Employment/Business Disclosure

Type of Supervision: Probation                        Date Supervision Commenced: 10/27/2016

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | McCoy's probation term is set to expire on October 26, 2018, with an outstanding balance of $ 54, 770.00. She has paid $6, 740.81 towards her financial obligation. |

U.S. Probation Officer Action:
The offender has been compliant with the payment schedule and there have been no significant changes in her ability to pay. It is respectfully requested that the offender be allowed to expire with an outstanding restitution balance. All future collections will be monitored by the United States Attorney's Financial Litigation Unit.

                                                                           Respectfully submitted,

                                                                           By: Shannan P. Pereira
                                                                              U.S. Probation Officer
                                                                          Date: 06/14/2018

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☐ No Formal Court Action to be Taken at This Time

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☒ Other *be allowed to expire with an outstanding restitution balance*

_____
Signature of Judicial Officer

6/20/18
Date